UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM BLASKOWSKI,

    Plaintiff,                                    Case No. 1:15-cv-422

v                                                HON. JANET T. NEFF

MINNESOTA, STATE OF, et al.,

    Defendants.
_____/

## **ORDER**

        Plaintiff filed this *pro se* lawsuit against the state of Minnesota and additional parties. The Magistrate Judge issued a Report and Recommendation (Dkt 7), recommending that Plaintiff's complaint be dismissed with prejudice because it failed to allege any "facts," which even if accepted as true, state a claim upon which relief may be granted (*id.* at Page ID# 29). Plaintiff has refiled a portion of the Report and Recommendation noting an "objection" on this matter (Dkt 10), but he raises no substantive objection to the Magistrate Judge's determination.

        In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Order. *See* Fed. R. Civ. P. 58.

        Because this action was filed *in forma pauperis*, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Therefore:

**IT IS HEREBY ORDERED** that the Objection (Dkt 10) is DENIED and the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED for failure to state a claim.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of the decision would not be taken in good faith.


Dated: July 20, 2015                         /s/ Janet T. Neff
                                             JANET T. NEFF
                                             United States District Judge